IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MONTY JONES,

    Plaintiff,

v.

STATE OF WISCONSIN DIVISION OF
UNEMPLOYMENT INSURANCE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-489-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that plaintiff's complaint is dismissed without prejudice to his refiling his breach of contract claim in state court.

_____
Peter Oppeneer, Clerk of Court

9/27/10
Date